THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE JAMES CLINE,<br><br>    Defendant. | CASE NO. CR19-0023-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue trial and pretrial motions deadline. (Dkt. No. 37). Defendant has filed a speedy trial waiver up to and including April 6, 2020. (Dkt. No. 38). Having thoroughly considered the motion and Defendant's speedy trial waiver, the Court FINDS that:

1. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2. Failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

3. The additional time requested is a reasonable period of delay, as Defendant has requested more time to prepare for trial, investigate the matter, gather evidence material to the

defense, and consider possible defenses;

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

5. The additional time requested between the current trial date and the new trial date is necessary to provide defense counsel the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

For the foregoing reasons, Defendant's motion to continue the trial date and pretrial motions deadline (Dkt. No. 37) is GRANTED. It is therefore ORDERED that the trial date in this matter be CONTINUED from October 21, 2019 to March 23, 2020 at 9:30 a.m., and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv). Any pretrial motions shall be filed no later than February 21, 2020.

DATED this 25th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE