THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEE JAMES CLINE,<br><br>Defendant. | CASE NO. CR19-0023-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule of Defendant's motion to dismiss the indictment (Dkt. No. 43). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. The Government's response to Defendant's motion to dismiss the indictment shall be filed no later than February 4, 2020. Defendant's reply in support of his motion to dismiss the indictment shall be filed no later than February 7, 2020. The Clerk is DIRECTED to renote Defendant's motion to dismiss the indictment (Dkt. No. 40) to February 7, 2020.

//

//

1     DATED this 3rd day of February 2020.

2                                             William M. McCool
                                              Clerk of Court
3
                                              s/Tomas Hernandez
4                                             Deputy Clerk

MINUTE ORDER
CR19-0023-JCC
PAGE - 2