THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0023-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LEE JAMES CLINE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to file sur-reply (Dkt. No. 48). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS as follows:

1. The Government is GRANTED leave to file a sur-reply discussing the matter described in the parties' stipulated motion. The sur-reply shall not exceed two pages in length and must be filed no later than February 14, 2020.

2. Defendant is GRANTED leave to file an optional reply to the Government's sur-reply. Any such reply shall not exceed two pages in length and must be filed no later than February 21, 2020.

3. The Clerk is DIRECTED to renote Defendant's motion to dismiss the indictment (Dkt.

1     No. 40) to February 21, 2020.

2     DATED this 12th day of February 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
CR19-0023-JCC
PAGE - 2