THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0023-JCC |
| Plaintiff, | ORDER |
| v. | |
| LEE JAMES CLINE, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and the pretrial motions deadline (Dkt. No. 52). Defendant has filed a speedy trial waiver up to and including August 3, 2020. (Dkt. No. 53.) Having thoroughly considered the motion and the waiver, the Court hereby FINDS that:

1. Failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2. The additional time requested is a reasonable period of delay, as Defendant has requested more time to prepare for trial, investigate the matter, gather evidence material to the defense, and to consider possible defenses;

3. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

1     4. The additional time requested between the current trial date and the new trial date
2 is necessary to provide defense counsel reasonable time to prepare for trial considering the facts
3 set forth above.

4     For the foregoing reasons, Defendant's motion to continue the trial date and the pretrial
5 motions deadline (Dkt. No. 52) is GRANTED. It is therefore ORDERED that the trial date is
6 CONTINUED from March 23, 2020, to July 20, 2020, at 9:30 a.m. The Court further ORDERS
7 that the time between the date of this order and the new trial date is excludable time under the
8 Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and
9 3161(h)(7)(B)(iv). Any pretrial motions shall be filed no later than June 22, 2020.

10     DATED this 17th day of March 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE