THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    UNITED STATES OF AMERICA,                    CASE NO. CR19-0023-JCC

10                      Plaintiff,                ORDER

11         v.

12   LEE JAMES CLINE,

13                      Defendant.

14

15         This matter comes before the Court *sua sponte*. On January 31, 2019, Mr. Cline was

16   charged by indictment with one count of domestic assault by a habitual offender in violation of

17   18 U.S.C. 117(a). (Dkt. No. 13.) After a continuance, trial was scheduled for July 20, 2020. (*See*

18   Dkt. No. 54.) As a result of the COVID-19 pandemic's impact in this district, the Government

19   moved to vacate the trial date and set a status conference to determine an appropriate trial date.

20   (Dkt. No. 57.) The Court granted the motion, scheduled a status conference for September 15,

21   2020, and held that the time between the date of the Court's order and the date of the status

22   conference was an excludable period under the Speedy Trial Act. (Dkt. No. 58.) As a result of

23   the pandemic's continued impact in this district, the Court continued the status conference until

24   October 20, 2020. (Dkt. 60.)

25         Over the past six months, the COVID-19 pandemic has significantly impacted the

26   Court's operations. (*See* General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20 each of

ORDER
CR19-0023-JCC
PAGE - 1

which the Court incorporates by reference.) Specifically, the pandemic has rendered the Court

unable to obtain an adequate spectrum of jurors to represent a fair cross section of the

community, and public health guidance has impacted the ability of jurors, witnesses, counsel,

and Court staff to be present in the courtroom. (*See generally id.*) Recently, conditions have

improved such that the Court can resume a limited number of in-person criminal jury trials at the

courthouse. Chief Judge Martinez has concluded that:

> [F]or the foreseeable future, it will be possible to proceed with only one in-person
> criminal jury trial at a time at each of the district's two courthouses. The order in which
> pending criminal cases will proceed to trial will be determined by the Court in
> consultation with the Federal Public Defender's Office and the United States Attorney's
> Office.

W.D. Wash. General Order 15-20 (Oct. 2, 2020) at 2. Pursuant to these provisions of General

Order 15-20, the Court SETS this matter for trial on April 26, 2021. Further, the Court FINDS

the ends of justice served by continuing trial to this date outweigh Defendant's and the public's

best interests in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1.  The COVID-19 pandemic has rendered the Court unable to obtain an adequate

    spectrum of jurors to represent a fair cross section of the community, which would

    likely make proceeding with an earlier trial impossible or, at a minimum, would result

    in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

2.  Public health guidance has impacted the ability of jurors, witnesses, counsel, and

    Court staff to be present in the courtroom. Therefore, proceeding with an earlier trial

    would likely be impossible. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, the Court ORDERS:

1.  Trial in this matter is scheduled for April 26, 2021.

2.  The pretrial motions deadline is March 1, 2021.

3.  All pretrial filings—including trial briefs, motions in limine, proposed voir dire,

    proposed jury instructions, and proposed verdict forms—must be submitted no later

1    than Monday, March 29, 2021.

2    4.   The period from July 1, 2020, when the Court first granted a continuance based on

3         the impact of COVID-19, until April 26, 2021, is an excludable time period under 18

4         U.S.C. section 3161(h)(7)(A).

5    5.   The status conference scheduled for October 20, 2020 is VACATED.

6

7    DATED this 14th day of October 2020.

8

9

10   _____

11   John C. Coughenour
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
CR19-0023-JCC
PAGE - 3