THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

LEE JAMES CLINE,

                        Defendant.

CASE NO. CR19-0023-JCC

ORDER

15      This matter comes before the Court on Defendant's unopposed motion to proceed with
16 his sentencing hearing by video conference (Dkt. No. 75). Having thoroughly considered the
17 motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained
18 herein.
19      Defendant pled guilty to domestic assault by a habitual offender on December 11, 2020.
20 (Dkt. Nos. 65, 68, 69.) He is scheduled to be sentenced for the crime on March 31, 2021. (Dkt.
21 No. 71.) However, in light of the impact of the COVID-19 pandemic, except in limited
22 circumstances, the Court is unable to hold in-person hearings, and does not expect to be able to
23 do so until July 2021 at the earliest. *See* W.D. Wash. General Order 04-21. As a result,
24 Defendant moves to proceed with his sentencing hearing remotely, consistent with the
25 procedures articulated in W.D. Wash. General Orders 04-20, 09-20, 14-20, 17-20, 06-21. (*See*
26 Dkt. No. 75.) Here, the parties jointly recommend that Defendant serve no additional time in

1    custody. (Dkt. No. 75 at 1.) At a minimum, delaying Defendant's sentencing will delay the start

2    of supervised release. (*Id.* at 2.)

3         Delaying Defendant's sentencing until the Court fully reopens for in-person proceedings

4    would cause serious harm to the interests of justice. *See* W.D. Wash. General Orders 04-20, 09-

5    20, 14-20, 17-20, 06-21. For the foregoing reason, the Court GRANTS Defendant's motion to

6    proceed with his sentencing hearing by video conference (Dkt. No. 75).

8         DATED this 24th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0023-JCC
PAGE - 2