THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEE JAMES CLINE, <br><br> Defendant. | No. CR 19-0023-JCC <br><br> (~~PROPOSED~~) ORDER GRANTING AGREED MOTION TO DISMISS ALLEGATIONS, VACATE APPEARANCE BOND AND CONTINUE WITH SUPERVISION |

The Court has reviewed the parties' agreed motion to dismiss the allegations, vacate the appearance bond and continue Mr. Cline on supervision, and the records and files in this case.

The motion is hereby GRANTED. The allegations of violations of supervised release are dismissed, the appearance bonds are vacated, and Mr. Cline shall continue to comply with all the terms of his supervised release.

DATED this 7th day of December 2023.

*[signature: John C. Coughenour]*

———————————————————
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AGREED MOTION
TO DISMISS ALLEGATIONS, VACATE
APPEARANCE BOND AND CONTINUE
WITH SUPERVISION
(*U.S. v. Cline*; CR19-23JCC)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by,

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Lee James Cline


s/ *Tate London*
Assistant United States Attorney
*per electronic authorization*

ORDER GRANTING AGREED MOTION
TO DISMISS ALLEGATIONS, VACATE
APPEARANCE BOND AND CONTINUE
WITH SUPERVISION
(*U.S. v. Cline*; CR19-23JCC) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100